In the Matter of the Probate of the Will of FRANK F. ARNOLD, Deceased. MANUFACTURERS TRUST COMPANY et al., Respondents; ADA G. DOLAN, Appellant.

Submitted January 4, 1954; decided January 21, 1954.

Motion for reargument of motion for leave to appeal denied, with $10 costs and necessary printing disbursements. [See 306 N. Y. 981.]